## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2006–2056. State ex rel. Mun. Constr. Equip. Operators' Labor Council v. Cleveland.**
In Mandamus.

## CASE ANNOUNCEMENTS

*February 19, 2008*

[Cite as *02/19/2008 Case Announcements*, 2008-Ohio-614.]

## MISCELLANEOUS DISMISSALS

**2007–2116. State ex rel. Dolgencorp, Inc. v. Indus. Comm.**
Franklin App. No. 06AP–1217, 2007-Ohio-5087. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):